IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                    *
                                          *       CASE NUMBER
HORIZON SHIPBUILDING                      *       17-04041
                                          *
    Debtor.                               *

**OBJECTION TO CLAIM NO. 40 FILED BY MAXUM RESOURCES, LLC**

Debtor in Possession objects to Claim No. 40 filed by Maxum Resources, LLC on April 27, 2018 for $15,532.59 consisting of the amount of $13,733.50 alleged to be wages paid by Maxum Resources, LLC to Jose Anguizola plus interest of $1,799.09 because the claim for $13,733.50 is duplicative of the substantive provisions of Claim No. 54 and Debtor in Possession agrees to the portion of claimants for interest of $1,799.09, in support states as follows:

1. Claimant filed Claim No. 40 on Aril 27, 2018 and attached a summary of charges indicating that its claim consisted of wages paid to Jose Anguizola evidence by invoices dated 7/11/17, 7/19/17, 7/25/17, 8/1/17 and 8/8/17 totaling $13,733.50 plus interest of $1,799.09. Subsequently claimant filed Claim No. 54 stating that the same did not amend a prior claim but basing the Claim No. 54 on wages paid per invoice to Jose Anguizola on 7/11/17, 7/19/17, 7/25/17, 8/1/17 and 8/8/17 totaling $13,733.50 but adding commissions $1,138.83.

2. The claim for claimant's payment of wages to Jose Anguizola in Claim No. 54 and Claim No. 40 is duplicative and is not allowable under both claims.

Wherefore, premises considered, Debtor in Possession prays this Court enter an order sustaining its Objection and disallowing $13,733.50 of the claim and allowing Claim No. 40 as an unsecured claim in the amount of $1,799.09.

/s/ Irvin Grodsky
IRVIN GRODSKY
Attorney for Horizon Shipbuilding, Inc.
Post Office Box 3123
Mobile, Alabama 36652
(251) 433-3657

## CERTIFICATE OF SERVICE

On this the 4th day of March 2026, I hereby certify that the above and foregoing document has been served on the following and all other persons who have requested electronic notice of filings in this bankruptcy:

Maxum Resources, LLC
broc@maxumllc.com

Maxum Resources, LLC
1307 Tool Drive
New Iberia, LA 70560

Mark Zimlich BANKRUPTCY ADMINISTRATOR
mark_zimlich@alsba.uscourts.gov

Maxum Resources, LLC
cmrush@charlesmrushesq.com

Maxum Resources, LLC
202 Magnate Drive
Lafeyette, LA 70508

/s/Irvin Grodsky
IRVIN GRODSKY